Rev. 7/06
CO Hab Corp
AO 241 amd.

FILED

AUG 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THOMAS WILSON
NAME (Under which you were convicted)

228-634
PRISON NUMBER

CCA CTF WASH,D.C.
PLACE OF CONFINEMENT/ADDRESS
1901 E ST SE WASH,DC 20003

THOMAS WILSON                                    )
(Full Name)            Petitioner

Case: 1:07-cv-01522
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/27/2007
Description: Habeas Corpus/2255

v.

US.PAROLE COMMISSION
&
JOHN CAULFIELD WARDEN,et,al                      )
(Name of Warden, Superintendent, Jailor, or      )
authorized person having custody of petitioner)  )
                            Respondent           )

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner.  Any false statement of material fact may serve as the basis for prosecution and conviction for perjury.  All questions must be answered concisely in the proper space on the form.

3.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief.  No citation of authorities need be furnished.  If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee.  Your check or money order should be made payable to: Clerk, U.S. District Court.

1

Page 2

5. If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

6. Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

7. When you have completed the form, send the original and one copy to:
   Clerk, United States District Court for the District of Columbia
   Room 1225
   333 Constitution Avenue, NW
   Washington, DC 20001

9. <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1. (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging:

   DC SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

   500 INDIANA AVE NW  WASHINGTON,DC

2. (a) Date of the sentence (or detention):    05-29-1992

3. Length of sentence:   four to twelve years

4. Nature of offense involved (all counts):  POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

5. (a) What was your plea? (Check one):
   - ☐ Not guilty
   - ☒ Guilty
   - ☐ Nolo Contendere (no contest)
   - ☐ Insanity

(b)    If you entered a guilty plea to one count or charge, and a not guilty plea to another count
       or charge, give details: _____
       _____
       _____
       _____
       _____
       _____
       _____

6.    Have you previously filed any petitions, applications, or motions with respect to this sentence in
      any court?
              ☐      Yes
              ☒      No

7.    If your answer to Question 10 was "Yes," give the following information:
      (a)    (1)    Name of Court: _____
             (2)    Nature of the proceedings: _____
                    _____
                    _____
                    _____

             (3)    Grounds raised: _____
                    _____
                    _____
                    _____
                    _____

             (4)    Did you receive an evidentiary hearing on your petition, application or motion?
                           ☐      Yes
                           ☐      No
             (5)    Result: _____
             (6)    Date of result: _____

      (b)    As to any second petition, application, or motion, give the same information:
             (1)    Name of Court: _____
             (2)    Nature of the proceedings: _____
                    _____
                    _____
                    _____

             (3)    Grounds raised: _____
                    _____
                    _____
                    _____
                    _____

             (4)    Did you receive an evidentiary hearing on your petition, application or motion?
                           ☐      Yes
                           ☐      No
             (5)    Result: _____

Page 4

    (6)    Date of result: _____

(c)    As to any third petition, application, or motion, give the same information:
    (1)    Name of Court: _____
    (2)    Nature of the proceedings: _____
            _____
            _____
            _____

    (3)    Grounds raised: _____
            _____
            _____
            _____
            _____

    (4)    Did you receive an evidentiary hearing on your petition, application or motion?
               ❏    Yes
               ❏    No
    (5)    Result: _____
    (6)    Date of result: _____

(d)    Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
    (1)    First petition, etc."
               ❏    Yes
               ❏    No
    (2)    Second petition, etc.:
               ❏    Yes
               ❏    No

    (3)    Third petition, etc.:
               ❏    Yes
               ❏    No

(e)    If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: _____
_____
_____
_____
_____
_____

8.    State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

Page 5

A.    GROUND ONE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:    SEE ATTACHED PAGES

Petitioner argues that his constitutional protections and rights have been violated under the process of law clause of the U.S. Constitutions 5th and 14th amendments rights. On numerous occaSIONS Petitioner's in custody time while on pareol parole was taken by the U.S. Parole Commission

SEE ATTACHED PAGES

B.    GROUND TWO:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

C.    GROUND THREE:

    (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim:

Petitioner was returned to the District of Columbia Detention Facility (D.C. Jail) by U.S. Marshals on a parole violation warrant, after which petitioner met before an examiner of the Commission with an appointed Public Defender Service Attorney who has told petitioner that even more time would be taken or has been taken by the Commission.  The Commission along with Public

Defender Counsel in the past and current have made it a policy and practice to literally (take) or confiscate petitioner credit per (Noble), and project long term release dates and full term dates as well.  The U.S. Parole Commission have constently taken credits adding up to over (   ) Yr's/Mo's or more, which violates EX POST FACTO LAW and DUE PROCESS, which trigger infliction of cruel and unusual punishment under it's great United States Constitution.  It is well established law, rules and/ or practice that a defendant must be given credit for time spent in custody on a sentence they are serving.  When any court hands down its

10.  State concisely and in the same order the *facts* which support each of the grounds set out in #9.  sentence, the sentence has a start date unless a warrant is issued to stop sentence for escape, petitioner contends that he has always remained in the lawful custody of its U.S. Attorney General, even when placed on parole and all credits must be given granted unless a warrant was issued to stop petitioner's time and escape is the only way time, street time, could be stopped.

Assuming Judge Arguendo, a Federal judge can not stop his sentence once executed.  What gives the Commission the power to exceed a Judge.  The Interpretation of the statue 24-431(A), 24-206, as applied in the case and all other cases of revocation aforementioned (Noble) Nobel vs. U.S. Gemm, 8887 F. Supp. II (D.D.C. 1995).  Since section 24-206 controls prisoner sentence after April 11, 1987 this essentially means that petitioner's street time was not "Legally" or "Constitutionally" rescinded because legislative grants

the time spent on parole as still in custody, Lawful (Custody).
Though sentence may be aggregated, time in custody cannot be rescinded, or it create a violation of EX POST FACTO violation of Article (I), section (9), clause (3), of the U.S. Constitution.

#9 ADDITIONAL SHEET:


Judge Dervin points out in Noble, 693 (A) 2 (d) III, that it's
Legislation has creed in unambious language that all defendant
"Shall" receive credit for time in custody.  It is not the co-
urts rule to question that decision also at..........1108 the
courts examine in good cause may not impose on words a meaning
they not bear U.S. vs. Mord Dustacher Loyd, F. 391, 395, (S.D.
N.X. 1911) 223 U.S. 512, 32 S. ct. 244, 566, Ed. 536.  Whether
the cause in the case is good or bad is not for the courts to
decide, but words for section 24-431 (A) will not bear it's
meaning that was intended.  The correct rule of interpretation
is that if that diverse statue relates to this same thing,
they ought to all be taken in consideration.  Luck I Supra 617
(A) 22 at 514.  When legislative comtemplete posing statue, it
is careful to search the statue book, or any statue.  In force
it repeal's explicitly when posing a new one.  The presumptive
against implied repeals is founded upon doctrine that the leg-
islative is presued to envision the whole body of the law when
enact's ne legistlative.


Sutherland Stautory Construction, 23.10 apt. 346 (4th Ed. 1985)
Eward vs. U.S. 814 F. 22-2861, 488 (7th Cir. 1987).  In short,
(A)... See People vs. Simms, 35 Mich app. 127, 195, 22-766
(1972) parole granted a prisoner shall be constructed simply
as a permitted to such prisoner to go without the enclosure of
prison and not a release, and while so at large he shall be
demand to be still serving out the sentence imposed upon him
by the courts and should be entitled to credit "Street Time"
the same as if he was confined in prison.  The courts is also
to take notice of (FootNote) 10 Noble 693 (A) 20 1084 (D.C.
app. 1997) where in the bill provision was subsquently deleted
**AUTHORIZING CREDIT FOR STREET TIME SPENT ON PAROLE.**


WHEREFORE, Petitioner request this Honorable Court order
and/or issue an order for immediate release and/or grant
relief sought to insure that Justice has been served.


Please acknowledge receipt of this Habeas Petition and confirm
a date.

D.    GROUND FOUR:

   (a)    Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your
          claim: _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

          _____

9.    If any of the grounds listed in 12A, B, C, or D were not previously presented in any other court,
      District of Columbia or Federal, state briefly what grounds were not so presented, and give your
      reasons  for  not  presenting  them: _____

      _____

      _____

      _____

      _____

      _____

      _____

      _____

      _____

10.   Do you have any petition or appeal pending in any other court, either, District of Columbia or
      Federal, as to the sentence (or detention) under attack?
               ☐    Yes
               ☒    No

   (a)    If so, give the name and location of the court and case number, if known: _____

          _____

          _____

          _____

11.   Do you have any future sentence to serve after you complete the sentence (or detention) under
      attack?
               ☒    Yes
               ☐    No

   (a)    If so, give name and location of court which imposed sentence to be served in the future:
          DC SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

          _____

          _____

Page 7

(b)     And give date and length of sentence to be served in future: ___05-1998___
        ~~XXXXX~~  FOUR TO TWELVE YEARS   PAROLED IN ___2002___

(c)     Have you filed, or do you contemplate filing, any petition attacking the judgment which
        imposed the sentence to be served in the future?
                ☐     Yes
                ☒     No

        Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in
this proceeding.

_Thomas Wilson_
Petitioner's Signature

_8-20-07_
Date

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

THOMAS WILSON

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _1100/_
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 228-634

**DEFENDANTS** US.PAROLE COMMISS
_ION & JOHN CAULFIELD
WARDEN, ET AL
COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:07-cv-01522
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/27/2007
Description: Habeas Corpus/2255

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government
Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government
Defendant

□ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| □ A. *Antitrust* | □ B. *Personal Injury/ Malpractice* | □ C. *Administrative Agency Review* | □ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| □ 410 Antitrust | □ 310 Airplane<br>□ 315 Airplane Product Liability<br>□ 320 Assault, Libel & Slander<br>□ 330 Federal Employers Liability<br>□ 340 Marine<br>□ 345 Marine Product Liability<br>□ 350 Motor Vehicle<br>□ 355 Motor Vehicle Product Liability<br>□ 360 Other Personal Injury<br>□ 362 Medical Malpractice<br>□ 365 Product Liability<br>□ 368 Asbestos Product Liability | □ 151 Medicare Act<br><br>**Social Security:**<br>□ 861 HIA ((1395ff)<br>□ 862 Black Lung (923)<br>□ 863 DIWC/DIWW (405(g)<br>□ 864 SSID Title XVI<br>□ 865 RSI (405(g)<br><br>**Other Statutes**<br>□ 891 Agricultural Acts<br>□ 892 Economic Stabilization Act<br>□ 893 Environmental Matters<br>□ 894 Energy Allocation Act<br>□ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

### □ E. *General Civil (Other)* OR □ F. *Pro Se General Civil*

| **Real Property**<br>□ 210 Land Condemnation<br>□ 220 Foreclosure<br>□ 230 Rent, Lease & Ejectment<br>□ 240 Torts to Land<br>□ 245 Tort Product Liability<br>□ 290 All Other Real Property<br><br>**Personal Property**<br>□ 370 Other Fraud<br>□ 371 Truth in Lending<br>□ 380 Other Personal Property Damage<br>□ 385 Property Damage Product Liability | **Bankruptcy**<br>□ 422 Appeal 28 USC 158<br>□ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>□ 535 Death Penalty<br>□ 540 Mandamus & Other<br>□ 550 Civil Rights<br>□ 555 Prison Condition<br><br>**Property Rights**<br>□ 820 Copyrights<br>□ 830 Patent<br>□ 840 Trademark<br><br>**Federal Tax Suits**<br>□ 870 Taxes (US plaintiff or defendant<br>□ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>□ 610 Agriculture<br>□ 620 Other Food &Drug<br>□ 625 Drug Related Seizure of Property 21 USC 881<br>□ 630 Liquor Laws<br>□ 640 RR & Truck<br>□ 650 Airline Regs<br>□ 660 Occupational Safety/Health<br>□ 690 Other<br><br>**Other Statutes**<br>□ 400 State Reapportionment<br>□ 430 Banks & Banking<br>□ 450 Commerce/ICC Rates/etc.<br>□ 460 Deportation | □ 470 Racketeer Influenced & Corrupt Organizations<br>□ 480 Consumer Credit<br>□ 490 Cable/Satellite TV<br>□ 810 Selective Service<br>□ 850 Securities/Commodities/ Exchange<br>□ 875 Customer Challenge 12 USC 3410<br>□ 900 Appeal of fee determination under equal access to Justice<br>□ 950 Constitutionality of State Statutes<br>□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☒ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*28 USC 2241 - Writ of Habeas Corpus*

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** *N/A* (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE *8-20-07* SIGNATURE OF ATTORNEY OF RECORD *NOT SIGNED*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.