UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THOMAS WILSON,

    Petitioner,

v.

U.S. PAROLE COMMISSION, *et al.*,

    Respondents.

Civil Action No. 07-1522 (ESH)

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 4th day of September 2007,

**ORDERED** that respondents, by counsel, within twenty (20) days of service of a copy of this Order and the Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents, the Warden, the United States Attorney for the District of Columbia, and the Attorney General of the United States.

    **SO ORDERED**.

*/s/ Ellen S. Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 4, 2007