UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WILSON, | : CRIMINAL NO. 07-1522 (ESH) |
|     Petitioner | : |
|     v. | : |
| | : |
| UNITED STATES PAROLE COMMISSION, et al., | : |
|     Respondent. | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Carolyn K. Kolben, Bar Number 391156, telephone number (202) 616-0852 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

 /s/ Carolyn K. Kolben
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY
Bar No. 391156
555 4th Street, N.W., Room 10-441
Washington, DC 20530
(202) 616-0852

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the instant Notice of Assignment and Appearance has been filed via the Electronic Case Filing System and that a copy has been mailed to Thomas Wilson, Prison No. 228-634, CCA, CTF- Washington, 1901 E Street, S.E.. Washington, D.C. 20003, this 19th day of September, 2007.

 /s/ Carolyn K. Kolben
Carolyn K. Kolben
ASSISTANT UNITED STATES ATTORNEY