# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas Wilson | 07-1522 ESH |
| **DEFENDANT** | **TYPE OF PROCESS** |
| US Parole Commission, et al | Order Directing Respondents to Show Cause |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

John Caulfield, Warden - Cumberland F.C.I.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 14601 Burbridge Rd., SE, POB 1000, Cumberland, MD 21502

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

...T WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All ...e):*

Fold

...half of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|
| 37 | [signature] | 7/14/07 |

...ave legal evidence of service, ☐ have executed as shown in "Remarks", the process described ...wn above or on the individual, company, corporation, etc., shown at the address inserted below.

...e individual, company, corporation, etc., named above *(See remarks below)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 9/19/7 | | |

Signature of U.S. Marshal or Deputy

HBC

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 9/14/07: Forwarded to Dist. of MD ~~Baltimore~~ Greenbelt

**PRIOR EDITIONS MAY BE USED** — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

---

*Green certified mail return receipt card (attached at left):*

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   John Caulfield, Warden
   F.C.I. Cumberland
   14601 Burbridge Rd., SE
   POB 1000
   Cumberlan, Md. 21502

   7-1522

COMPLETE THIS SECTION ON DELIVERY
A. Signature
   X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): R Cent
C. Date of Delivery: 9-19-07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number: 7007 0710 0000 4465 0614

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540