PRAECIPE

# United States District Court
# for the District of Columbia

the __21st__ day of __September__ 19 __2007__

THOMAS WILSON
vs.
U.S. Parole Commission & John Caulfield
Warden, et, Al

Civil / Criminal Action No. __1:07-cv-01522 ESH__

The Clerk of said Court will __Change my Address from 1901 E St. S.E. Wash. D.C. 20003 to P.O. Box 630 R.C.I Winton, N.C. 27986__

__9-21-07__
Date

BAR IDENTIFICATION NO.

RECEIVED
SEP 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature
Print Name __THOMAS WILSON D.C.DC 228-634__   Fed Reg #11309-007
Address __Rivers Correctional Institution P.O. Box 630__
City __Winton__   State __N.C.__   Zip Code __27986__

Phone Number

CERTIFICATE OF SERVICE