UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WILSON, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-1522 (ESH) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

This matter is before the Court on respondents' opposition to the petition for a writ of *habeas corpus*. Because consideration of the government's response could dispose of the case, petitioner will be allowed time to reply.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." LCvR 7(b). Accordingly, it is

**ORDERED** that petitioner shall respond to respondents' opposition no later than **October 26, 2007**. If petitioner does not respond within the time provided, the Court will treat the opposition as conceded and may summarily deny the petition and dismiss the case.

/s/  
ELLEN SEGAL HUVELLE  
United States District Judge

Date: September 27, 2007

/s/  
ELLEN SEGAL HUVELLE  
United States District Judge

Date: September 27, 2007

Case 1:07-cv-01522-ESH    Document 8    Filed 09/27/2007    Page 2 of 2