UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS WILSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE )<br>COMMISSION, *et al.*, )<br>)<br>Respondents. )<br>) | Civil Action No. 07-1522 (ESH) |

**ORDER**

This matter is before the Court on respondents' opposition to the petition for writ of *habeas corpus*. Because consideration of the government's response could dispose of the case, petitioner will be allowed time to reply.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." LCvR 7(b).  Accordingly, it is hereby

**ORDERED** that petitioner shall respond to respondents' opposition no later than **November 20, 2007.**  If petitioner does not respond within the time provided, the Court will treat the opposition as conceded and may summarily deny the petition and dismiss the case.

                                               / s/
                              ELLEN SEGAL HUVELLE
                              United States District Judge

DATE: October 29, 2007