UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THOMAS WILSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1522 (ESH) |
| UNITED STATES PAROLE COMMISSION, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

## MEMORANDUM OPINION AND ORDER

On November 26, 2007, the Court issued a memorandum opinion and order holding that the United States Parole Commission had not unlawfully extended petitioner's sentence beyond its expiration date. Now before the Court is petitioner's motion to alter or amend the judgment pursuant to Rule 59(e). Petitioner does not "present[] new facts or a clear error of law which compel a change in the [C]ourt's ruling." *New York v. United States*, 880 F.Supp. 37, 39 (D.D.C. 1995) (three-judge panel) (per curiam). Rather, his motion raises the new argument that the Parole Commission violated his Due Process rights when it failed to give him a probable cause hearing on three charges prior to his revocation hearing. A motion to reconsider is not "a means to bring to the Court theories or arguments that could have been advanced earlier." *W.C. & A.N. Miller Cos. v. United States*, 173 F.R.D. 1, 3 (D.D.C. 1997); *see also Kattan v. District of Columbia*, 995 F.2d 274, 276 (D.C. Cir. 1993) ("[T]his Court has recognized that a losing party may not use a Rule 59 motion to raise new issues that could have been raised previously."). Petitioner's motion to alter or amend the Court's judgment is therefore denied.

## CONCLUSION

For the foregoing reasons, [11] petitioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) is **DENIED**.

                                                        /s/
                                   ELLEN SEGAL HUVELLE
                                   United States District Judge

Date: December 14, 2007